AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MICHAEL P. SAMMUT,

    Plaintiff,

v.

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:23-cv-077

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated November 9, 2023, granting Defendant's Motion to Dismiss and affirming the Commissioner's decision, this case is dismissed without prejudice and stands closed.

Approved by: _____
Honorable Benjamin W. Cheesbro
United States Magistrate Judge
Southern District of Georgia

November 9, 2023
*Date*

John E. Triplett, Clerk of Court
*Clerk*

_____
(By) Deputy Clerk

GAS Rev 10/1/03